JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL TERRY WARD, | Case No. CV 11-8025 GAF (SS) |
|---|---|
| Petitioner, | |
| v. | **JUDGMENT** |
| JEFFREY BEARD, Secretary of California Department of Corrections, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: October 30, 2013

JS-6

GARY A. FEESS
UNITED STATES DISTRICT JUDGE